Dear Judge,

I am the mother of Antonio M Nicholson. I first want to thank you for being a fair judge I say that because from the first day of coming into your courtroom, I haven't seen anything, but what I felt was being as fair about my son situation as you can be. I first want to tell you a little about myself. I am 51 years old and I was raised in Maryland in Washington DC in a one parent home with a mother who was on drugs and did anything to get them, including sacrificing me. I never got to choose who would be my first I was broken out of a virgin at an early age because of her. This led to abortion from being raped constantly. Eventually being taken from her, running away from bad foster homes, sleeping in parks and staying with anyone who would take me in. To make a long story short life was hard! We had family in South Carolina and that's how I got down here. Not having a proper upbringing and being in a different place led to abuse for men. I had four children before I was 25 years of age, but I promised myself and God that I would always do right by my kids, who didn't ask to be in this world. Antonio and my three other kids were raise by me. Antonio may not have been the oldest he was born second, but he was what we called Lil Big brother. Growing up I guess you could say that he became the man of the house, always making sure everyone was OK and always putting himself last. To know Antonio is to love him. His personality is one I can't explain, and full of joy. If you met him, you would never forget him. Antonio also was and still is one of the best fathers I know. He is amazing with his first son and he was amazing with a little time he got to spend with his second son. Antonio is not perfect and has made mistakes and I know that this situation is a horrible one. I do believe that in this situation, the hand of one was the hand of all, without force. Only because Antonio was home with his kids a week to two weeks before this whole thing came to light. People could have left easily but I will say coming from where I do I have all the sympathy in the world for the young ladies.

Your honor, I am asking for some grace for my son. I feel like after this I know he will be and will do nothing but productive things with whatever life he has left. Please take into consideration that this is the first time he has been in trouble. Raising him and all my children was like a badge of honor for me. As we always say "We Love We".

Sincerely,
Lorraine Marshall
Mother of Antonio M Nicholson

Dear Judge

I am writing to you to share how much I love and miss my oldest brother. Antonio Nicholson. He has always been such an Important part of my life and our family's life. Growing up, he wasn't Just a brother to me; he was a role model, a protector, and someone I have always looked up to Since he has been away, our family has felt a great emptiness. we miss his presence, his guidance, and the warmth he brings whenever he is with us. His absence has reminded me Just how much he means to all of us Especially his two Sons and how deeply he is loved and missed. I want you to Know that despite the circumstances, my brother is not defined by his mistakes. He is a loving son, brother, friend, most importantly a father. we believe in him, we stand by him, and we hope and Pray everyday for the chance to have him back home with us so we can continue to grow togethe as a family. Thank you for taking the time to read my letter. I simply wanted to express from my heart how much I Love my brother, how much we miss him, and how important he is to us. Respectfully. Jacobi Boyd

Dear Judge,

My name is Kaybree Stribble-Boyd, and I am the sister-in-law of Antonio Nicholson. I am 26 years old, **a wonderful mother of two young girls**, and I hold an associate's degree in paralegal studies and a bachelor's degree in business management. I have been part of the Nicholson family for over a decade, and I respectfully write to you in support of Antonio as you consider his sentencing.

I am fully aware of the seriousness of the federal charges Antonio faces. To my knowledge, the indictment outlines extremely troubling allegations involving minors, interstate travel, and exploitation. As a mother myself, I cannot ignore how serious these matters are and how important it is for the court to protect vulnerable young people. I am not writing to excuse any of these charges. Instead, I am writing to provide perspective on Antonio's character and to ask for mercy in how his sentence is decided.

In the years I have known him, Antonio has been a devoted family member and a kind and loving uncle to my children. He has no prior criminal history and has always demonstrated respect and care toward those around him. He is more than the charges in this case, and I truly believe he has the ability and the potential to grow from this tragedy and turn his life in a better direction if given the opportunity.

I also want to share a perspective that is personal to me. As a young white woman who has dated outside of my race, I know the challenges young black men often face in the justice system. I fear that Antonio, a young Black man with no record, may bear more of the weight for this situation than is fair. From my understanding, the victims in this case are not much younger than I was only a few years ago. As someone who was once that age myself, I know that young people often hide the truth from their parents and sometimes make choices out of survival. I do not say this to lessen the pain or harm of the situation, but rather to acknowledge that there are many complicated factors at play.

What troubles me most is the possibility that Antonio could end up carrying the full burden of blame, while others involved may not be held equally accountable for their roles. Each person has responsibility for their actions, and I worry that in the process of seeking justice, Antonio may be punished more harshly than is fair.

I know consequences must follow from his actions, and Antonio will have to take responsibility for his part. But your honor. I , I respectfully ask that you consider leniency in sentencing Antonio - a young man with no prior record, with a strong family who loves and supports him, and with the potential to be rehabilitated rather than lost entirely to the prison system.

Thank you for taking the time to consider my words.

Respectfully,

Kaybree Stribble-Boyd

Kaybree Stribble-Boyd

Dear judge,

My name is Marquise Henderson brother in law to Antonio Nicholson, am aware of the charges brought against him and the upcoming court proceedings, and I believe it is important to share my perspective on his character and conduct. I am writing this character letter on behalf of Antonio Nicholson, a respected friend, loving father, great son and so much more to a lot of people. I have known Mr. Nicholson since 2013 to this current day and since then my life has changed for the better due to the guidance and leadership he has given me. I struggled in school, was uncontrollable at home, had a terrible temper, and just going down the wrong path until he showed me how to redirect that into something positive. Mr. Nicholson took me to play basketball everyday for four years Monday through Friday to focus my anger elsewhere, he helped me find my first job, he helped me bring up my grades so I could graduate, he taught me how to work on cars, how to build my credit, how to do handy work, etc. When I had no place to stay Mr. Nicholson took me in and gave me food, a place to lay my head and some of his own clothes because that's the kind of man he is, a heart of love and the mindset to always help someone or give back. I say all this to say Antonio Nicholson is an upstanding man who has a positive impact on all the peoples lives he comes into contact with. He convinced me to join the army in 2017 and it was the turning point I needed, now I am happily married with two kids and I owe it all to him. He hasn't a violent bone in his body, he is just a loving father of two boys who he wants to protect and and raise respectfully and who needs him home. The past two years has been rough on all of us with the absence of Mr. Nicholson. He has goals and wants to live an honest life. He has no priors and I believe that if you would just give him a chance to prove to you the man he is he would surprise you in ways you couldn't believe. I humbly ask that he be reunited with his loved ones and thank you for allowing me to share my experience and perspective about Antonio Nicholson.

To whom this may concern,

Please understand that my brother Antonio Nicholson is the most loving and kind hearted person you'll ever meet. I lost my father when I was 3 years of age. Growing up with a single mother was rough. But with the help of my brother I learned to ride a bike without training wheels. Taught me how to roller blade. He always made sure me & my brothers were protected at all cost. Although he was younger than me he was a protector. Even as we were growing us, we looked up to him. My brother means everything to me. Somehow I feel defected like I failed him. Although I know my brother is strong, I get weak knowing he's a way. These last two years without my brother has been the hardest for my family. Especially his boys. Adden and Kamari means the world to my brother. I need my brother. My family needs him. I watch my mother slowly lose herself due to the absence of my

brother. I watched my nephews break down. They were used to having a present father. To give them hugs, to feel so protected every night. To teaching them sports. Just preparing them for this cruel world. Young men really need their fathers! Im just in so much disbelief that we are here. If you really knew Antonio you would know that he's an amazing man. He's smart, loving & caring. I just pray that you can be lenient. I know that consequences has to take place but please understand that Antonio, my little big brother, is an amazing father, an excellent mentor, a protector, all around great person. Please find leniency in your heart.

Prayer: lord I ask that you wrap yours arms around the person reading this. I asked for your presence during this time. Please provide grace and understanding. you're a forgiven God. Im letting go, and stepping out your way. Please lord, show what forgiveness feels like. In Jesus name we pray Amen!

Dear Honorable Sherri A. Lydon,

I hope this letter finds you well. I am writing this on behalf of Antonio Marquis Nicholson who has been an important person in my life for a very long time. I am Breanah Marie Henderson and we have been together for more then 10 years. I have the upmost respect for him and everything he has done over the time we have spent together. We met as young adults and we have been inseparable ever since. We have had many years to learn from one another as well as teach each other lots of things. The number one thing that we both agree on is the importance of family. Like any other relationship, we have been through trials and tribulations, but we manage to be strong for one another and overcome every obstacle along the way. He has taught me patience.

We have two very handsome boys together ages two and eight. Our eight year-old looks at his dad as if no one else in the world exist. He means everything to him. I must say I do get jealous at times of their relationship but that is something that I want him to have for the rest of his life. I want my children to continue knowing what it is like to grow up with their father present everyday as they have known since they came into this world. I need them to know that they are loved from both of their parents more than words can express. Even though he is not currently present, he still makes it a priority every single day to hear his son's voices and to let them know how proud he is and how much he loves them and that he can't wait to see them again. One thing I know without a shadow of a doubt is, he loves our boys more then life itself. He is the best father a child could ask for and him being here for our children will make all of the difference in their upbringing. Given the background of his childhood, growing up without a father he has done nothing but try his hardest to break that generational curse. I would say with great confidence that he has excelled far past the stereotype that has been set upon black men and has shown great responsibility when is comes to being a father and family man. He is an outstanding man he has a clean criminal background record and has never been in any real trouble his entire life. He has shown tremendous growth over the years and I believe that now more than ever he is working everyday to be the best possible version of himself. Life is a journey that we all are learning from every single day. Meaning it's never too late for change.

Antonio is one of the most loving and thoughtful people I know and I have yet to come across anyone who measures up to him. His commitment to provide and protect his family is profound and he has always done an extraordinary job fulfilling that role. He is very compassionate and cares so much for others and that is something I have always admired about him. He loves to see the good in every one and he is overly dedicated to trying to help those in need. It may be hard for you to believe given the severity of the situation, but he is not a bad person. Times like these are what open our eyes to the importance of the decisions we make. I do believe that Antonio will learn from this ordeal and with the support from everyone who cares and loves him, as well as God showing him the righteous path,
he will prevail.

Your Honor I do understand that given the current circumstances this is not a simple situation and consequences must be faced for everyone involved. With that being said I know Antonio will be held accountable for his actions and I can only pray that you be merciful when the time comes. I ask humbly with a heavy heart that you are understanding and please put into consideration every word I have spoken toward his character as a man, father, and human being.

Thank you for your time
Respectfully,

Breanah Henderson

# Cornerstone Christian Correspondence School

CCCS

This Certifies That

## Antonio M. Nicholson

Has satisfactorily completed a Course of Study prescribed for Graduation
from Cornerstone Christian Correspondence School
and is therefore awarded this

## High School Diploma

Given at Townsend, Georgia this date

December 13, 2013

President

Janet J. Turner
Administrator

151820